CURTIS, APPELLEE, *v.* SQUARE–D COMPANY; OWENS
MONTPELIER ELECTRIC, INC., APPELLANT.

[Cite as *Curtis v. Square–D Co.* (1995), 73 Ohio St.3d 79.]

(No. 95–185—Submitted July 12, 1995—Decided August 16, 1995.)

*Manahan, Pietrykowski, Bamman & DeLaney* and *George C. Ward,* for
appellant.

The judgment of the court of appeals is reversed, and the judgment of the trial
court is reinstated on the authority of *McAuliffe v. W. States Import Co., Inc.*
(1995), 72 Ohio St.3d 534, 651 N.E.2d 957.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

DOUGLAS, J., dissenting. I respectfully dissent. I do so on the basis of Justice
Francis E. Sweeney's well-reasoned dissent in *McAuliffe v. W. States Import Co.,
Inc.* (1995), 72 Ohio St.3d 534, 651 N.E.2d 957. Given the majority opinion in
*McAuliffe,* it should now be understood that all common-law products liability
causes of action survive the enactment of R.C. 2307.71 *et seq.,* the Ohio Product
Liability Act, unless *specifically* covered by the Act because the Act, according to
the majority in *McAuliffe,* " * * * falls short of creating a previously unavailable
cause of action * * *." *Id.* at 538, 651 N.E.2d at 960. The courts of appeals
were right in both this case and *McAuliffe.*

RESNICK and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.